UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

BALDASSARE, Jeffey & Natalie

Case No.: 18-35015

Chapter: 7

Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:   United States Bankruptcy Court Clerk
401 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __2/25/2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
371 Pine Street
Eatontown, NJ 07724

Value - $320,000

Liens on property:   $314,000

Amount of equity claimed as exempt:   $0

Objections must be served on, and requests for additional information directed to:

Name:   John Michael McDonnell, Trustee
Address:   115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.:   732-383-7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-35015-MBK
Jeffrey Baldassare                                                  Chapter 7
Natalie Baldassare
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                 Page 1 of 1                  Date Rcvd: Jan 25, 2019
                                Form ID: pdf905             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2019.
db/jdb         +Jeffrey Baldassare,    Natalie Baldassare,    371 Pine Street,    Eatontown, NJ 07724-2348
517935176       Asprie,    Payment Processing,    PO Box 790317,    Saint Louis, MO 63179-0317
517935177      +Atlantic Credit and Finance,    PO Box 2083,    Warren, MI 48090-2083
517935179     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,    PO Box 6403,
                 Carol Stream, IL 60197-6403)
517935180      +Fairway Independent Mortgage Corporation,    PO Box 77404,    Ewing, NJ 08628-6404
517935181       First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
517935184      +Macys,    PO Box 8053,    Mason, OH 45040-8053
517935186      +Radius Global Solutions,    PO Box 390905,    Minneapolis, MN 55439-0905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2019 00:10:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2019 00:10:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517935178      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 26 2019 00:08:20      Capital One Services,
                 P.O. Box 70886,    282729903,    Charlotte, NC 28272-0886
517935182       E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:07:03      JC Penny Credit Card,
                 PO Box 965009,    Orlando, FL 32896-5009
517935183       E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:08:11      Lowes,   P.O. Box 530970,
                 Atlanta, GA 30353-0970
517935185       E-mail/Text: bankruptcydpt@mcmcg.com Jan 26 2019 00:10:02      Midland Credit Management,
                 2635 Northside Drive,    Suite 300,    San Diego, CA 92108
517936059      +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:07:35      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517935187      +E-mail/Text: bk@avant.com Jan 26 2019 00:10:49      Webbank c/o Avant,
                 640 N Lasalle Ct, Ste 535,    Chicago, IL 60654-3731
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com
              Joseph Casello    on behalf of Debtor Jeffrey  Baldassare jcasello@cvclaw.net,
               jcasello627@gmail.com
              Joseph Casello    on behalf of Joint Debtor Natalie  Baldassare jcasello@cvclaw.net,
               jcasello627@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Fairway Independent Mortgage Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6