UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: __18-35015-MBK__
:
Jeffrey Baldassare :
Natalie Baldassare : Chapter: __7__
:
: Judge: __Kaplan__
Debtor(s) :
:

**CERTIFICATION OF NO OBJECTION**

I __Alyson M. Guida__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
371 Pine Street, Eatontown, NJ 07724

JEANNE A. NAUGHTON, Clerk

Date: 02/22/2019                        By: Alyson M. Guida

*rev.2/10/17*