Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−35015−MBK
        Chapter: 7
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jeffrey Baldassare | Natalie Baldassare |
| 371 Pine Street | 371 Pine Street |
| Eatontown, NJ 07724 | Eatontown, NJ 07724 |

Social Security No.:
  xxx−xx−3984                                                         xxx−xx−1872

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 29, 2019</u>                     <u>Michael B. Kaplan</u>
                                               Judge, United States Bankruptcy Court