**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeffrey Baldassare | Social Security number or ITIN   xxx–xx–3984 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Natalie Baldassare | Social Security number or ITIN   xxx–xx–1872 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–35015–MBK

# Order of Discharge                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jeffrey Baldassare                                      Natalie Baldassare

3/29/19                                                **By the court:**   Michael B. Kaplan
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                             Case No. 18-35015-MBK
Jeffrey Baldassare                                                 Chapter 7
Natalie Baldassare
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 29, 2019
                              Form ID: 318             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.
```
db/jdb         +Jeffrey Baldassare,    Natalie Baldassare,    371 Pine Street,    Eatontown, NJ 07724-2348
517935176       Asprie,    Payment Processing,    PO Box 790317,    Saint Louis, MO 63179-0317
517935177      +Atlantic Credit and Finance,    PO Box 2083,    Warren, MI 48090-2083
517935180      +Fairway Independent Mortgage Corporation,    PO Box 77404,    Ewing, NJ 08628-6404
517935186      +Radius Global Solutions,    PO Box 390905,    Minneapolis, MN 55439-0905
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2019 00:30:51      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2019 00:30:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517935178      +EDI: CAPITALONE.COM Mar 30 2019 03:58:00      Capital One Services,    P.O. Box 70886,
                 282729903,    Charlotte, NC 28272-0886
517935179       EDI: RCSDELL.COM Mar 30 2019 03:58:00      Dell Financial Services,    PO Box 6403,
                 Carol Stream, IL 60197-6403
517935181       EDI: AMINFOFP.COM Mar 30 2019 03:58:00      First Premier Bank,    P.O. Box 5529,
                 Sioux Falls, SD 57117-5529
517935182       EDI: RMSC.COM Mar 30 2019 03:58:00      JC Penny Credit Card,    PO Box 965009,
                 Orlando, FL 32896-5009
517935183       EDI: RMSC.COM Mar 30 2019 03:58:00      Lowes,    P.O. Box 530970,    Atlanta, GA 30353-0970
517935184      +EDI: TSYS2.COM Mar 30 2019 03:58:00      Macys,    PO Box 8053,    Mason, OH 45040-8053
517935185       EDI: MID8.COM Mar 30 2019 03:58:00      Midland Credit Management,    2635 Northside Drive,
                 Suite 300,    San Diego, CA 92108
517936059      +EDI: RMSC.COM Mar 30 2019 03:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517935187      +E-mail/Text: bk@avant.com Mar 30 2019 00:31:31      Webbank c/o Avant,
                 640 N Lasalle Ct, Ste 535,    Chicago, IL 60654-3731
                                                                                               TOTAL: 11

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:
```
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell     jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Joseph Casello    on behalf of Debtor Jeffrey  Baldassare jcasello@cvclaw.net,
               jcasello627@gmail.com
              Joseph Casello    on behalf of Joint Debtor Natalie  Baldassare jcasello@cvclaw.net,
               jcasello627@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Fairway Independent Mortgage Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```